■ Louis A. Capparelli, Jr., et al., Appellants-Respondents, v Zausmer Frisch Associates, Inc., et al., Respondents. Zausmer Frisch Construction Co., Inc., Third-Party Plaintiff, v Burns Electric Co., Inc., Third-Party Defendant-Respondent-Appellant. Council House Realty Corporation, Third-Party Plaintiff-Respondent, v Burns Electric Co., Inc., Third-Party Defendant-Respondent-Appellant. [682 NYS2d 751] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Because the alleged injury of plaintiff Louis A. Capparelli, Jr. was the result of his exposure "to the usual and ordinary dangers of a construction site, and not the extraordinary elevation risks envisioned by Labor Law § 240 (1)" (*Rodriguez v Tietz Ctr. for Nursing Care,* 84 NY2d 841, 843), dismissal of the Labor Law § 240 (1) cause of action is warranted. Thus, we modify the order by granting the motion of third-party defendant for partial summary judgment and dismissing that cause of action. (Appeals from Order of Supreme Court, Onondaga County, Elliott, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.